In the Matter of the Application of HARRY A. HANBURY,
Appellant, for a Writ of Certiorari to RUSSELL
BENEDICT, One of the Justices of the Supreme Court
of the State of New York, Respondent

Reported below, 160 App. Div. 662.
(Argued May 24, 1915; decided June 1, 1915.) ·

MOTION to dismiss an appeal from an order of the
Appellate Division of the Supreme Court in the second
judicial department, entered February 20, 1914, which
affirmed an order of Special Term vacating an order for
and quashing a writ of certiorari.

The motion was made upon the grounds that the order

appealed from was not subject to review, and also that the questions involved had become moot.

*Charles L. Craig* for motion.

*Harry A. Hanbury* opposed.

Motion denied, without costs.